JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Palisades Capital, LLC,<br><br>       Plaintiff(s),<br><br>v.<br><br>Ashish Khatana et al,<br><br>       Defendant(s). | Case No.  CV 23-03544-SPG(MARx)<br><br>**ORDER OF DISMISSAL** |

THE COURT having ordered the Plaintiff to show cause in writing, not later than August 24, 2023, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond.

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedures.

**IT IS SO ORDERED.**

DATED: September 5, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE